Mark Mausert
NV Bar No. 2398
Cody Oldham
NV Bar No.14594
930 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax  (775) 786-9658
mark@markmausertlaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALAMA ROBINSON, | Case No.: 3:17-cv-00611-HDM-WGC |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO STATE OF NEVADA'S MOTION TO DISMISS** |
| STATE OF NEVADA, LYON COUNTY AND DOES I-X, | |
| Defendants. | |

Plaintiff ALAMA ROBINSON, and Defendant STATE OF NEVADA, by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the deadline to file the Response to State of Nevada's Motion to Dismiss our First Amended Complaint from February 12, 2018 to February 26, 2018.

//
//
//
//
//
//
//

Page 1 of  2

Plaintiff requests this extension due to counsel's heavy work load.

DATED this 12th day of February, 2018.　　　　DATED this 12th day of February, 2018.

MARK MAUSERT LAW OFFICE　　　　　　　　DEPUTY ATTORNEY GENERAL


　/s/ Mark Mausert　　　　　　　　　　　　　　　/s/ Shannon Richards
MARK MAUSERT　　　　　　　　　　　　　　　SHANNON RICHARDS
CODY OLDHAM　　　　　　　　　　　　　　　555 E. Washington, #3900
930 Evans Avenue　　　　　　　　　　　　　　Las Vegas, Nevada 89101
Reno, Nevada 89512

　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
Attorneys for Plaintiff　　　　　　　　　　　　　*State of Nevada*


　　　IT IS SO ORDERED.

　　　DATED this <u>12th</u> day of February, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Page 2 of 2