# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALAMA ROBINSON, | 3:17-cv-00611-HDM-WGC |
| Plaintiff, | |
| | ORDER |
| vs. | |
| STATE OF NEVADA; and COUNTY OF LYON, | |
| Defendants. | |

Before the court is defendant State of Nevada's motion to dismiss plaintiff Alama Robinson's first amended complaint (ECF No. 23). Plaintiff responded (ECF No. 34) and State of Nevada replied (ECF No. 35). Also before the court is defendant Lyon County's motion to dismiss plaintiff's first amended complaint (ECF No. 32). Plaintiff responded (ECF No. 36) and Lyon County replied (ECF No. 37).

State of Nevada and Lyon County's motions to dismiss (ECF Nos. 23, 32) are **DENIED WITHOUT PREJUDICE** to be renewed as a motions for summary judgment at the close of discovery.

**IT IS SO ORDERED.**

DATED: This 23rd day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE

1