Mark Mausert
NV Bar No. 2398
Cody Oldham
NV Bar No.14594
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax  (775) 786-9658
mark@markmausertlaw.com
cody@markmausertlaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALAMA ROBINSON,

               Plaintiff,

    vs.

STATE OF NEVADA, LYON COUNTY
and DOES I-X,

               Defendants.
                               /

Case No.: 3:17-cv-00611-HDM-WGC

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO STATE OF NEVADA'S MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)**

       Plaintiff ALAMA ROBINSON, and Defendant STATE OF NEVADA, by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the deadline to file the Response to Defendant State of Nevada's Motion for Summary Judgment from January 10, 2019 to January 24, 2019.

//

//

//

//

//

//

Plaintiff requests this extension due to counsel's heavy work load.

DATED this 9th day of January, 2019.              DATED this 9th day of January, 2019.

MARK MAUSERT LAW OFFICE                           DEPUTY ATTORNEY GENERAL


_____/s/ Mark Mausert_____                      ___/s/ Andolyn Johnson___
MARK MAUSERT                                       ANDOLYN JOHNSON
CODY OLDHAM                                        5420 Kietzke Ln., Suite 202
729 Evans Avenue                                   Reno, Nevada 89511
Reno, Nevada 89512
                                                   Attorney for Defendant State of Nevada
Attorneys for Plaintiff


        IT IS SO ORDERED.

        DATED this __9th__ day of __January__, 2019.


_____
UNITED STATES DISTRICT JUDGE