Mark Mausert
NV Bar No. 2398
Cody Oldham
NV Bar No.14594
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax  (775) 786-9658
mark@markmausertlaw.com
cody@markmausertlaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALAMA ROBINSON, | Case No.: 3:17-cv-00611-HDM-WGC |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO LYON COUNTY'S MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** |
| STATE OF NEVADA, LYON COUNTY and DOES I-X, | |
| Defendants. | |

Plaintiff ALAMA ROBINSON, and Defendant LYON COUNTY, by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the deadline to file the Response to Defendant Lyon County's Motion for Summary Judgment from January 17, 2019 to January 31, 2019.

//

//

//

//

//

//

Page 1 of  2

Plaintiff requests this extension due to counsel's heavy work load.

DATED this 15th day of January, 2019.    DATED this 15th day of January, 2019.

MARK MAUSERT LAW OFFICE    THORNDAL ARMSTRONG DELK
                           BALKENBUSH & EISINGER


 /s/ Mark Mausert                         /s/ Katherine Parks
MARK MAUSERT                              KATHERINE F. PARKS
CODY OLDHAM                               6590 S. McCarran Blvd., Suite B
729 Evans Avenue                          Reno, Nevada 89509
Reno, Nevada 89512

                                          Attorney for Defendant Lyon County
Attorneys for Plaintiff


    IT IS SO ORDERED.

    DATED this 16th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE