1  Katherine F. Parks, Esq. - State Bar No. 6227
2  Thorndal Armstrong Delk Balkenbush & Eisinger
   6590 S. McCarran Blvd., Suite B
3  Reno, Nevada 89509
   (775) 786-2882
4  kfp@thorndal.com
   Attorneys for Defendant
5  LYON COUNTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALAMA ROBINSON,<br><br>                             Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, LYON COUNTY, AND DOES I-X,<br><br>                             Defendants. | CASE NO. 3:17-cv-00611-HDM-WGC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT LYON COUNTY TO FILE REPLY TO PLAINTIFF'S OPPOSITION [ECF 64] TO MOTION FOR SUMMARY JUDGMENT [ECF 58]** |

      COMES NOW Plaintiff, ALAMA ROBINSON, and Defendant, LYON COUNTY, by and through their respective undersigned counsel, and hereby stipulate to extend the current deadline for Lyon County to file its reply to Plaintiff's Opposition to Motion for Summary Judgment in this matter from **February 14, 2019,** to **February 21, 2019**.

      This is the parties' first request of an extension of said deadline. The parties submit that

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

- 1 -

this request is not made for improper purposes, or to cause undue delay, and that no party will be prejudiced should the Court grant the instant request.

| DATED: this 13th day of February, 2019. | DATED: this 13th day of February, 2019. |
|---|---|
| LAW OFFICE OF MARK MAUSERT | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: _/ s / **Mark Mausert**_<br>  Mark Mausert, Esq.<br>  Cody Oldham, Esq.<br>  930 Evans Avenue<br>  Reno, Nevada 89512<br>  *Attorneys for Plaintiff* | By: _/ s / **Katherine F. Parks**_<br>  Katherine F. Parks, Esq.<br>  6590 S. McCarran Blvd. #B<br>  Reno, Nevada 89509<br>  *Attorney for Defendant*<br>  Lyon County |

**ORDER**

IT IS SO ORDERED.

DATED: ___February 13_____, 2019.

_Howard D. McKibben_____
U.S. DISTRICT JUDGE