Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendant
LYON COUNTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALAMA ROBINSON,

Plaintiff,

vs.

STATE OF NEVADA, LYON COUNTY, AND DOES I-X,

Defendants.

CASE NO. 3:17-cv-00611-HDM-WGC

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT LYON COUNTY TO FILE REPLY TO PLAINTIFF'S OPPOSITION [ECF64] TO MOTION FOR SUMMARY JUDGMENT [ECF 58] (SECOND REQUEST)**

COMES NOW Plaintiff, ALAMA ROBINSON, and Defendant, LYON COUNTY, by and through their respective undersigned counsel, and hereby stipulate to extend the current deadline for Lyon County to file its reply to Plaintiff's Opposition to Motion for Summary Judgment in this matter from **February 21, 2019,** to **February 28, 2019**.

This is the parties' second request of an extension of said deadline. The parties submit

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

- 1 -

that this request is not made for improper purposes, or to cause undue delay, and that no party will be prejudiced should the Court grant the instant request.

| DATED: this 21th day of February, 2019. | DATED: this 21th day of February, 2019. |
|---|---|
| LAW OFFICE OF MARK MAUSERT | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: _/ s / **Mark Mausert**_<br>  Mark Mausert, Esq.<br>  Cody Oldham, Esq.<br>  930 Evans Avenue<br>  Reno, Nevada 89512<br>  *Attorneys for Plaintiff* | By: _/ s / **Katherine F. Parks**_<br>  Katherine F. Parks, Esq.<br>  6590 S. McCarran Blvd. #B<br>  Reno, Nevada 89509<br>  *Attorney for Defendant*<br>  Lyon County |

**ORDER**

IT IS SO ORDERED.

DATED: February 21, 2019.

_____
UNITED STATES DISTRICT JUDGE